**NOT FOR PUBLICATION IN WEST'S HAWAIʻI REPORTS AND PACIFIC REPORTER**

**Electronically Filed
Intermediate Court of Appeals
CAAP-21-0000104
25-JUN-2021
09:06 AM
Dkt. 22 OGMD**

NO. CAAP-21-0000104

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAIʻI

JAELEE HEUPEL, Claimant-Appellee/Appellee, v.
NORTHSTAR MEMORIAL GROUP, LLC, Employer-Appellant/Appellant,
and LIBERTY MUTUAL INSURANCE COMPANY,
Insurance Carrier-Appellant/Appellant

APPEAL FROM THE LABOR AND INDUSTRIAL RELATIONS APPEALS BOARD
(CASE NO. AB 2020-176; DCD NO. 2-19-00649)

ORDER GRANTING MOTION FOR DISMISSAL OF APPEAL
(By: Fujise, Presiding Judge, Hiraoka and Wadsworth, JJ.)

Upon consideration of "Employer-Appellant Northstar Memorial Group, LLC and Insurance Carrier-Appellant Liberty Mutual Insurance Company's Motion for Order of Dismissal of Appeal Filed March 5, 2021," filed June 23, 2021, the papers in support, and the record,

IT IS HEREBY ORDERED that the motion is granted and the appeal is dismissed, under Hawaiʻi Rules of Appellate Procedure Rule 42(b).

DATED: Honolulu, Hawaiʻi, June 25, 2021.

/s/ Alexa D.M. Fujise
Presiding Judge

/s/ Keith K. Hiraoka
Associate Judge

/s/ Clyde J. Wadsworth
Associate Judge